FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 9 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

COURT FILE NO.: 4:10cv 233 Jmm

| | |
|---|---|
| Trudy Collison<br><br>       Plaintiff,<br>v.<br><br>Bank of America, Calvary Portfolio Services, LLP and Enhanced Recovery Corporation,<br><br>       Defendants. | WESTERN DIVISION<br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

COMES NOW, the Plaintiff by and through her attorney, Matthew Henry, and for her complaint for violation of Federal Fair Debt Collection Practices Act and Breach of Contract, hereby states:

This case assigned to District Judge Moody
and to Magistrate Judge Jones

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and out of the invasions of Plaintiff personal and financial privacy by this Defendant and its agents in its illegal efforts to collect a consumer debt from Plaintiff.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff Trudy Collison is a natural person who resides in the City of Vilonia, County of Faulkner, State of Arkansas and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Separate Defendant Bank of America is a Delaware Corporation operating from an address of Wilmington, Delaware 19886-5726.

6. Separate Defendant Enhanced Recovery Corporation is a collection agency operating from an address of 8014 Bayberry Road, Jacksonville, Florida 32256 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7. Separate Defendant Calvary Portfolio Services, LLP is a collection agency operating from an operating address of 7 Skyline Drive, Hawthorn, New York 10532 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Sometime prior to 2009, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, an accounts with Bank of America, account ending in 6741.

9. On or about June 15, 2007, with the Seideman Law Firm acting as her agent, Plaintiff reached an agreement with Defendant Bank of America to settle the debt for $628.85. Under the terms of this agreement, the $628.85 had to be paid by June 29, 2007, a copy of which is attached hereto and incorporated by reference as Exhibit A.

10. On or about June 27, 2007, Plaintiff issued check number 20958 in the amount of $628.85 via telephone to Defendant Bank of America.

11. On or about June 29, 2007, check number 20958 cleared and was deposited a bank account owned by Bank of America, a copy of which is attached hereto and incorporated by reference as Exhibit B.

12. On or around April 10, 2009 separate Defendant Enhanced Recovery Corporation, on behalf of Bank of America, sent Plaintiff a letter alleging amounts due on this settled account, a copy of which is attached hereto and incorporated by reference as Exhibit C.

13. Some time between April 10, of 2009 and January 13, 2010 the separate Defendant Bank of America sold the account to separate Defendant Calvary Portfolio Services, LLP.

14. On January 13, 2010 separate Defendant Calvary Portfolio Services, LLP sent Plaintiff a letter alleging amounts due on this settled account, a copy of which is attached hereto and incorporated by reference as Exhibit D.

15. The above-described collection communications made to Plaintiff by Defendant and other collection employees employed by Defendant were made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692f(1) and 15 U.S.C. § 1692c(5).

16. The above-detailed conduct by these Defendants of harassing Plaintiffs in an effort to collect this debt was a violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA, as well as an invasion of Plaintiff's privacy by an intrusion upon seclusion and resulted in actual damages to these Plaintiffs.

17. Defendant's illegal abusive collection communications as more fully described above were the direct and proximate cause of severe emotional distress on the part of Plaintiff and caused her unnecessary personal strain.

18. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendants in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

## TRIAL BY JURY

19. Plaintiffs are entitled to and hereby respectfully demand a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P. 38.

## CAUSES OF ACTION

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 et seq.

20. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

21. The foregoing acts and omissions of each and every Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to this Plaintiff.

22. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against each and every Defendant:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each and every Defendant and for each Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant.

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff;

- for such other and further relief as may be just and proper.

Dated: 4/7/10

Respectfully Submitted,

Matthew M. Henry, Esq. (05167)
The Henry Firm, P.A.
300 Spring Bldg, Suite 1015
Little Rock, AR 72201
Phone:       501-374-0911
Fax:         501-374-0999
thehenryfirm@sbcglobal.net

**Attorney for Plaintiff**

**Bank of America**

TRUDY J COLLISON
C/O THE SKIDMORE LAW FIRM
PO BOX 485
VILONIA, AR 721730485

RE: 8490500994704513  Balance: $1,727.82

SETTLEMENT OFFER: $628.85

Dear Bank of America Customer:

We are offering you an excellent opportunity to settle your Bank of America account for the amount shown above and avoid further collections efforts. The opportunity to take advantage of this offer will expire 10 days from the date of this letter. Please send the above-referenced payment to:
BANK OF AMERICA, N.A., P.O. Box 15137, Wilmington, DE 19850-5137

It is important that you act quickly. If we do not hear from you within the allotted time, your account may be referred to a collection agency or an attorney for possible suit.

Please make your check or money order payable to Bank of America, and include your account number to ensure proper credit. Upon receipt of the payment, your account will be considered settled and will be reported to the credit bureaus to indicate "Settled for Less Than the Full Balance."

If the remaining balance is equal to or greater than $600.00, we are required by federal law (Internal Revenue section 6050P) to report this amount. You will be receiving a Form 1099-C from Bank of America no later than next January 31. If you have any questions concerning your personal taxes, we recommend that you consult a certified public accountant or other tax professional.

We encourage you to consider the benefits of this offer. If you have any questions, please contact me at the number below or write to , ,

Sincerely,

NAFIER, KIMBERLY (KL
Bank of America Recovery Department

t1517
Bank of America
PO Box 2174, Brea, CA 92822

** TOTAL PAGE.02 **

EXHIBIT A

Date:  06/27/2007

Client: Trudy Collinson
Account Number: 54082749074907036741

QUESTIONS? Please call the Creditor Services Department at (909) 982-5333

The Seideman Law Firm
701 Commerce Street, Suite 400
Dallas, TX 75202

20958

Date  06/27/2007

Client: Trudy Collinson
Account Number: 54082749074907036741

**Pay To The Order Of:** Bank of America          **$628.85**

SIX-HUNDRED-TWENTY-EIGHT AND 85/100***************************************************

Colonial Bank
6021 Preston Road
Frisco, TX 75034

SIGNATURE NOT REQUIRED

The maker has authorized this draft to Payee. Payee and Maker to hold you harmless for payment of this authorized draft. This draft shall be deposited only to credit of payee. The absence of an endorsement is guaranteed.

This check is tendered in accordance with the attached Settlement Agreement dated __/__/__. If you cash this check you agree that the above account is satisfied in full.

⑈20958⑈ ⑆062001319⑆ 804188068⑈

EXHIBIT B



4/10/2009

COLLISON, TRUDY J
PO BOX 485
VILONIA, AR 72173-0485

8014 Bayberry Rd.
Jacksonville, FL 32256
(800) 496-7413 Toll Free
(904) 645-3009 Facsimile
www.erccollections.com
Office Hours (Eastern Time):
8:00 AM – 9:00 PM -- M -Th
8:00 AM – 5:00 PM -- F
8:00 AM – 11:00 AM -- Sat.

Re: BANK OF AMERICA
Account # 5490500994704513
Balance Due: $1,169.03
Settlement Due: $467.61

Dear Sir or Madam:

This is to inform you that upon receipt and successful clearance of your payment in the amount of $467.61 the above referenced account will be settled in full.

In addition, any indebtedness of $600.00 or more, which is discharged as a result of a settlement, will be reported to the IRS as taxable income pursuant to the Internal Revenue Code 6050 (P) and related federal law.

Per our agreement your payment is due in our office by 04/24/2009.

Thank you for your cooperation in this matter.

Sincerely,

*Liza Akley*

Liza Akley
Operations Manager

**NOTICE:**

**THIS IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

-SEE REVERS OR ATTACHMENT FOR IMPORTANT NOTICES AND CONSUMER RIGHTS-

EXHIBIT C

# BRONSON, CAWLEY & BERGMANN, LLP
## ATTORNEYS AT LAW

Jonathan P. Cawley**    **Admitted in NY, PA & VT

415 Lawrence Bell Drive Williamsville, NY 14221
TELEPHONE: 888-990-8916 FAX: 716-635-9356

January 13, 2010

RE:  Creditor:         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     File Number:      311912
     Account Number:   5490500065747813
     Original Creditor: ▓▓▓▓▓▓▓▓▓▓/FIA ▓▓▓▓▓▓▓▓▓▓ ▓.▓.
     Current Balance:  $1,465.02

**Attorneys Licensed In:**
| | |
|---|---|
| Illinois | New York |
| Maryland | Pennsylvania |
| New Jersey | Vermont |

Trudy Collison:

This office has been retained to collect a debt owed by you to CAVALRY PORTFOLIO SERVICES, LLP.

Unless you, the consumer, within thirty days after receipt of this notice, dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.

If you, the consumer, notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed we will obtain verification of the debt or a copy of a judgment against you and a copy will be mailed to you by our office.

Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Please note that no attorney with our firm has personally reviewed the particular circumstances of your account.

Please call our office without delay. The toll free number is 888-990-8916.

Sincerely,

*[signature]*

Jonathan P. Cawley, Esq.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

EXHIBIT D

PO Box 1888
Southgate, MI 48195-0888

|||||||||||||||||||

CSG/311912/LNY06  319000718928    4575/0004575/0015

|||..||....|.|.|...|.|.||.|.||...||..||..||.|.|.||.||..|.||||

Trudy Collison
PO Box 485 485
Vilonia, AR 72173-0485