## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRUDY COLLISON                                                                                       PLAINTIFF

v.                                              No. 4:10CV00233 JLH

BANK OF AMERICA; CALVARY PORTFOLIO
SERVICES, LLP; and ENHANCED RECOVERY CORP.                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE