IN THE UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRUDY COLLISON                                                                    PLAINTIFF

v.                                    No. 4:10CV00233 JLH

BANK OF ARMERICA;
CALVARY PORTFOLIO
SERVICES, LLP; AND
ENHANCED RECOVERY CORP.                                                           DEFENDANTS

## ORDER

On September 28, 2010 this case was dismissed without prejudice. Since that order was entered, the parties have reached a settlement.

That settlement agreement has been executed by all the parties, therefore, pursuant to that settlement agreement this case will be dismissed with prejudice.

IT IS SO ORDERED this 1st day of April, 2011.

_____
J. Leon Holmes
United States District Judge

Drafted by
_____
Matthew M. Henry, Esq. (05167)
300 Spring Bldg, Suite 1015
Little Rock, AR 72201
Phone: 501-374-0911